UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH DEONEST JORDAN SHECKLES, | CASE NO. C19-1448RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| 4801 FAUNTLEROY LLC, et al., | |
| Defendants. | |

This matter is before the Court *sua sponte* following Plaintiff's failure to respond to an order of this Court. *See* Dkt. #7. The Court now dismisses the action.

*Pro se* Plaintiff, Joseph Deonest Jordan Sheckles, was granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. Prior to issuance of summonses, the Court considered Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. The Court noted that Plaintiff appeared to allege housing discrimination, harassment, and breach of contract claims against the owner of an apartment building, a property manager, a law office, and a bookkeeper. Dkt. #7 at 1. Plaintiff sought damages of $180,000 because he "sustained emotional assault from defendants and false information has been printed & introduced to internet that will never be able to correct or remove." *Id.* at 1–2 (quoting Dkt. #5). The Court concluded that Plaintiff had failed to

ORDER – 1

adequately allege his claims and failed to satisfy the *Twombly-Iqbal*[1] "plausibility standard." *Id.* at 2. Because Plaintiff's Complaint required dismissal without correction, the Court ordered Plaintiff to file an amended complaint within 21 days. *Id.* at 3.

More than 21 days have passed since the Court issued its order. Plaintiff was advised that failure to file an amended complaint would result in dismissal. Nevertheless, Plaintiff has failed to respond. Accordingly, this matter is DISMISSED without prejudice and CLOSED. The Clerk shall send a copy of this Order to Plaintiff at his last known address.

Dated this 18th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

ORDER – 2